Richard M. Garbarini (RG 5496)
GARBARINI FITZGERALD P.C.
250 Park Avenue 7th Floor
New York, New York 10177
Telephone: (212) 300-5358
Facsimile: (347) 218-9478

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
YESH MUSIC, LLC, and JOHN EMANUELE,
individually and on behalf of all other similarly
situated copyright holders,

                 Plaintiffs,

              v.

EMUSIC.COM INC.,

                 Defendant.
-----------------------------------------------------------x

Index No.: 17-cv-6718 (KBF)

**NOTICE OF DISMISSAL WITH PREJUDICE PURSUNANT TO RULE 41(a)(1)(A)(i)**

      Pursuant to Fed.R.Civ.P 41 (a)(1)(A)(i) plaintiffs hereby serve notice that the above-captioned matter is dismissed with prejudice.

Dated: October 19, 2017

                                                     **GARBARINI FITZGERALD P.C.**

                                                     By: _/s/ Richard M. Garbarini_
                                                         Richard M. Garbarini (RG 5496)

SO ORDERED

_[signature]_

10/19/17